03/21/2014  11:34    19733766142                BIEBELBERG & MARTIN            PAGE  02/02

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Full Caption in District Court:

Boris Khazin,

        (Plaintiff)

        v.

TD Ameritrade Holding Corporation,
TD Ameritrade Inc.,   (Defendant)

Amerivest Investment Management Company,
and Lule Demmissie, individually,

Docket No.: 13-4149 (SDW)(MCA)

Judge: Hon. Susan D. Wigenton, U.S.D.J.

**Notice of Appeal to the
U.S. Court of Appeals for the
Third Circuit**

Notice is hereby given that __Boris Khazin_____

                            (Named Party)

appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [x] Order, [ ] Other _____

                            (Specify)

of the United States District Court, District of New Jersey, entered in this action on

__March 11, 2014_____.
(Date)

                        Keith N. Biebelberg, Esq. /s/
                        Biebelberg & Martin

Dated: March 20, 2014

                        Attorenys for Appellant, Boris Khazin
                        Appellant

                        __374 Millburn Avenue_____
                        Street

                        __Millburn, NJ 07041_____
                        City, State, Zip

                        ___973-912-9888_____
                        Telephone