UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 14-1689

_____

BORIS KHAZIN,

Appellant

v.

TD AMERITRADE HOLDING CORPORATION; TD AMERITRADE INC;
AMERIVEST INVESTMENT MANAGEMENT COMPANY;
LULE DEMMISSIE, INDIVIDUALLY,

_____

On Appeal from the United States District Court
for the District of New Jersey

(D.C. Civ. No. 2:13-cv-04149)

District Judge: Honorable Susan D. Wigenton

_____

Argued: October 23, 2014

Before: FUENTES, GREENBERG, and COWEN, *Circuit Judges*

_____

JUDGMENT

_____

This cause came to be heard on the record from the United States District Court for the District of New Jersey and was argued on October 23, 2014.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court of March 11, 2014, is hereby AFFIRMED. Costs taxed against Appellant. All of the above in accordance with the opinion of this Court.

2

ATTEST:

s/Marcia M. Waldron, Clerk

Dated: December 8, 2014